No. 142 (October Term, 1934). STEWART V. KEYES ET AL. October 14, 1935. 295 U. S. 403.

No. 552 (October Term, 1934). YOUNGSTOWN SHEET & TUBE CO. ET AL. *v.* UNITED STATES ET AL. October 14, 1935. 295 U. S. 476.

No. 601 (October Term, 1934). PETERS PATENT CORP. *v.* BATES & KLINKE, INC. October 14, 1935. 295 U. S. 392.

No. 648 (October Term, 1934). WEST ET AL. *v.* CHESAPEAKE & POTOMAC TELEPHONE COMPANY OF BALTIMORE. October 14, 1935. 295 U. S. 662.

No. 665 (October Term, 1934). HERNDON *v.* GEORGIA. October 14, 1935. 295 U. S. 441.

No. 704 (October Term, 1934). ALLISON *v.* TEXAS. October 14, 1935. 295 U. S. 717.

No. 717 (October Term, 1934). LOUISVILLE JOINT STOCK LAND BANK *v.* RADFORD. October 14, 1935. 295 U. S. 555.

No. 887 (October Term, 1934). UNITED STATES EX REL. TETONIS *v.* PERKINS, SECRETARY OF LABOR, ET AL. October 14, 1935. 295 U. S. 761.

No. 979 (October Term, 1934). DEKTOR *v.* OVERBROOK NATIONAL BANK. October 14, 1935. 295 U. S. 755.

No. 1002 (October Term, 1934). WHEELER *v.* UNITED STATES. October 14, 1935. 295 U. S. 765.